Cardillo & Corbett
Attorneys for Plaintiff
HAVI OCEAN CO. (L.L.C.)
29 Broadway
New York, New York 10006
Tel: (212) 344-0464
Fax: (212) 797-1212
Tulio R. Prieto (TP-8455)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
HAVI OCEAN CO. (L.L.C.),            :
                                    :
                Plaintiff,          :   ECF
                                    :   **RULE 7.1 STATEMENT**
        -against-                   :
                                    :
DEZANDIS CO., LTD. and              :
NACHNO CHARTERING LTD.,             :
                                    :
                Defendants.         :
---------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff, HAVI OCEAN CO. (L.L.C.) (a private non-governmental party), certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated:   New York, New York
         June 3, 2008

                            CARDILLO & CORBETT
                            Attorneys for Plaintiff,
                            HAVI OCEAN CO. (L.L.C.)

                    By:     _____
                            Tulio R. Prieto (TP 8455)