UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
HAVI OCEAN CO. (L.L.C.),                :
                                        :  ECF
                    Plaintiff,          :  ORDER APPOINTING
                                        :  PERSON TO SERVE
         -against-                      :  PROCESS
                                        :  08 Civ. 5091 (DLC)
DEZANDIS CO., LTD. and                  :
NACHNO CHARTERING LTD.,                 :
                                        :
                    Defendants.         :
----------------------------------------x

Upon motion of the Plaintiff for an order appointing Tulio R. Prieto, James P. Rau, Enmanuel O. Suarez, Cesar H. Castro, or any other partner, associate, paralegal or other agent of Cardillo & Corbett to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process in this action, and

Upon reading the Affidavit of Tulio R. Prieto, sworn to June 3, 2008, and good cause having been shown,

IT IS ORDERED that Tulio R. Prieto, James P. Rau, Enmanuel O. Suarez, Cesar H. Castro, or any other partner, associate, paralegal or other agent of Cardillo & Corbett be and is hereby appointed to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process upon the Defendants herein and upon the garnishees.

Dated:  New York, New York
        June 3, 2008

_____
United State District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/5/08