```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
HAVI OCEAN CO. (L.L.C.),                :
                                        :
                    Plaintiff,          :   ECF
                                        :   NOTICE OF DISMISSAL
          -against-                     :   PURSUANT TO FRCP
                                        :   RULE 41(a)(1)
DEZANDIS CO., LTD. and                  :   08 Civ. 5091 (DLC)
NACHNO CHARTERING LTD.,                 :
                                        :
                    Defendants.         :
----------------------------------------x
```

PLEASE TAKE NOTICE that the captioned action is hereby dismissed without prejudice. The defendants have not appeared or served an answer in this action.

Dated:   New York, New York
         August 28, 2008

                              CARDILLO & CORBETT
                              Attorneys for Plaintiff,
                              HAVI OCEAN CO. (L.L.C.)

                      By:     _____
                              Tulio R. Prieto (TP 8455)

                              Office and P.O. Address
                              29 Broadway, Suite 1710
                              New York, New York 10006
                              Tel: (212) 344-0464